

FILED
JUL 25 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK



United States District Court
Eastern District of California

| Porsche Barrett |
|---|

Plaintiff(s)

V.

| Armadillo Holdings, LLC and Does 1-50 |
|---|

Defendant(s)

Case Number: | 1:22-cv-00882-DAD-EPG |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Kristine Anne Gordon** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
**Defendant Armadillo Holdings, LLC**

On **October 16, 2018** (date), I was admitted to practice and presently in good standing in the **Supreme Court of Indiana** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: **July 22, 2022**   Signature of Applicant: /s/ **Kristine Anne Gordon**

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Kristine Anne Gordon |
| Law Firm Name: | Taft Stettinius & Hollister LLP |
| Address: | One Indiana Square |
| | Suite 3500 |
| City: | Indianapolis   State: IN   Zip: 46204 |
| Phone Number w/Area Code: | (317) 713-3500 |
| City and State of Residence: | Indianapolis, Indiana |
| Primary E-mail Address: | kgordon@taftlaw.com |
| Secondary E-mail Address: | kristine.a.gordon5@gmail.com |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Justin Curley |
| Law Firm Name: | Seyfarth Shaw LLP |
| Address: | 560 Mission Street |
| | 31st Floor |
| City: | San Francisco   State: CA   Zip: 94105 |
| Phone Number w/Area Code: | (415) 397-2823   Bar # 233287 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 7/25/22

_[signature]_
JUDGE, U.S. DISTRICT COURT