

United States District Court
Eastern District of California



FILED

JUL 2 6 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| Porsche Barrett |
|---|

Plaintiff(s)

Case Number: | 1:22-cv-00882-DAD-EPG |

V.

| Armadillo Holdings, LLC and Does 1-50 |
|---|

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Blake J. Burgan _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant Armadillo Holdings, LLC

On ____June 9, 1995____ (date), I was admitted to practice and presently in good standing in the ____State of Indiana____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have, ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: ____July 22, 2022____      Signature of Applicant: /s/ Blake J. Burgan

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Blake J. Burgan |
| Law Firm Name: | Taft Stettinius & Hollister LLP |
| Address: | One Indiana Square |
| | Suite 3500 |
| City: | Indianapolis  State: IN  Zip: 46204 |
| Phone Number w/Area Code: | (317) 713-3500 |
| City and State of Residence: | Indianapolis, Indiana |
| Primary E-mail Address: | bburgan@taftlaw.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Justin Curley |
| Law Firm Name: | Seyfarth Shaw LLP |
| Address: | 560 Mission Street |
| | 31st Floor |
| City: | San Francisco  State: CA  Zip: 94105 |
| Phone Number w/Area Code: | (415) 397-2823   Bar # 233287 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 7/26/22

JUDGE, U.S. DISTRICT COURT